1042

[No. 72497-5-I.   Division One.   June 27, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS HO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04410-1, Theresa B. Doyle, J., entered September 5, 2014. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Schindler and Dwyer, JJ.

[No. 72749-4-I.   Division One.   June 27, 2016.]

RICHARD AZPITARTE, *Appellant*, v. JASON BISCAY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-10513-8, James D. Cayce, J., entered December 1, 2014. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Trickey, A.C.J., and Schindler, J.

[No. 72922-5-I.   Division One.   June 27, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB DALTON JOHANSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-15442-7, Andrea A. Darvas, J., entered December 5, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Cox and Spearman, JJ.

[No. 73125-4-I.   Division One.   June 27, 2016.]

THOMAS CLARK ET AL., *Respondents*, v. ANDELLE TENG ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-03699-1, Ronald Kessler, J., entered February 13, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Verellen, C.J., concurred in by Becker and Trickey, JJ. Now published at 195 Wn. App. 482.